Marlon Blacher,                          no.

        v.                        AFFIDAVIT To VERIFY

Pasco County, et al.              COMPLAINT


   Marlon Blacher, the undersigned Affiant, hereinafter "the
Undersigned," do hereby solemnly certify and attest on the
Undersigned's unlimited-liability:

   1. the Undersigned is competent to state the matters
set forth herein;

   2. the Undersigned has personal knowledge re said
matters;

   3. all the facts stated herein are true, correct, complete,
and certain to the best of the Undersigned's knowledge, under-
standing, and belief;

   4. all the facts stated throughout the herewith presen-
ted civil rights complaint are true, correct, complete, and
certain to the best of the Undersigned's knowledge, under-
standing, and belief; and

   5. Exhibit "A" is a true and correct copy of the
grievance form that the Undersigned attempt to present to
Defendants Gav and Marshello.


   Marlon Blacher, i.e. "the Undersigned," do herewith
certify and attest, on the Undersigned's unlimited-liability
and by penalty of perjury by positive law of the United States
of America, that the Undersigned issue this Affidavit with
sincere intent, the Undersigned is competent to state the

                        -1-

matters set forth herein, its contents are true, correct, com-
plete, and certain admissible as evidence, not misleading,
and the truth, the whole truth, and nothing but the truth to
the best of the Undersigned's knowledge, understanding, and
belief, whereby this Affidavit execute on the 17th day of
June, 2021, on the portion of "the land" (Article VI, clause
2, Const. of the United States.) where Land O'Lakes,
Florida, is located in pace a solo.

x _Malel Bl_

2