# Exhibit

## "A"

Description: grievance form presented to Defendants Gay and Marshello

pages — 1

**Pasco Sheriff's Office**
**Court Services Bureau**

# REQUEST FOR ADMINISTRATIVE REMEDY

*Grievances may be submitted for complaints involving an abridgment of civil rights, harassment, or physical or sexual abuse. Grievances must be submitted within 3 days following the incident. The 3 day submission restriction does not apply for reporting sexual abuse. If there is more than one grievance, each incident must be submitted on a separate Request for Administrative Remedy Form.*

FROM: Blacher, Marlon J     Bravo 604     548081
Last Name / First Name / Middle Initial / Housing Unit / Cell / CIN#

## INMATE GRIEVANCE

**Provide specific details of your grievance, to include the date and time of incident and the names of staff members involved:**

For the entire time that I, Marlon Blacher, have been held here by means of Land O' Lakes detention facility the air temp. is unconstitutionally cold what feels like approx. 60°F and exacerbating the issue is that I'm not provided clothes to keep me warm in such a cold climate and it is thoroughly absurd to be without proper attire to brave this cold. Being forced to live in such a cold climate unduly places me at risk of becoming infected by common-cold, flu, pneumonia, etc., and because of my medical condition such can prove fatal to me which would be a loss of life/limb without due process of law... (not enough room left)

**Provide the steps you have taken to resolve the grievance:** N/A

Date: 06-10-21            Inmate Signature: Marlon Blacher, U.C.C. 1-308

### FOR STAFF RESPONSE ONLY

I acknowledge receipt this date _____ of a complaint from the above inmate. _____
Receiving Official Signature

☐ NOT a GRIEVANCE        GRIEVANCE:   ☐ Approved    ☐ Disapproved

On Thurs. 06-10-21 at approx. 11 AM attempted to turn in to Gay, the pod deputy, who refused to accept it stating that I must give it to P. Marchello when he does his rounds. At approx. 2 PM Marchello enter the pod and decline to accept the grievance

Date: _____ Signature of Member Investigating _____ Designated Supervisor _____

PSO# 40027 (Rev. 5/19)   WHITE - Record   YELLOW - File   PINK - Inmate Answer   GOLD - Inmate Receipt