Marlon Blacher
c/o: 248 496
20101 Central Boulevard
Land o' Lakes, Florida
"34637"

TAMPA FL
SAINT PETERSBURG F
24 JUN 2021  PM 7

6316

SCREENED
By USMS

Legal
Mail

Clerk's Office
United States District Court
Sam M. Gibbons US Courthouse
801 North Florida Avenue
Room 218
Tampa, Florida

33602-380099

Pasco Sheriff's Office
Detention Center-General

Inmate Correspondence

Marlon Blucher
[illegible] 248[illegible]
20101 Central Boulevard
Land O Lakes, Florida
"34638"

Tampa/St. Pete FL 336
WED 23 JUN 2021 PM

SCREENED
By USMS

Inmate Legal Mail
For Legal Purposes Only

Clerk's Office
United States District Court
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Room 218
Tampa, Florida
"33602-3800"

ATS935

Pasco Sheriff's Office
Detention Center-General

Inmate Correspondence

ATS935